## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Frederick Goings

      Plaintiff,

v.            Case No.: 1:23−cv−03036

            Honorable Matthew F. Kennelly

Scott S. Nodine, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 15, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the filing by Mr. Goings entered on the docket on 3/14/2025. Defendants' counsel is directed to make arrangements for Mr. Goings to appear by telephone for the 5/6/2025 8:50 AM status hearing. Officials at Dixon Correctional Center (or whatever institution Mr. Goings is housed in at that point) are directed to make Mr. Goings available for the hearing. Defendants' counsel is directed to provide the Warden of Dixon Correctional Center (or whatever institution Mr. Goings is housed in at that point) a copy of this order. Plaintiff's recruited counsel is requested to advise Mr. Goings well in advance of the hearing of the date and time of the hearing and of the Court's direction that Mr. Goings is to be made available for the hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.